ORIGINAL

**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



FILED-USDC-NDTX-DA
'24 MAR 5 PM 2:18

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| MICHAEL DANIEL JENKINS JR. | 3-24CR0075-N |

## <u>INDICTMENT</u>

The Grand Jury charges:

<u>Count One</u>
Engaging in the Business of Manufacturing
and Dealing in Firearms without a License
(Violation of 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D))

From on or about October 5, 2021, through on or about November 1, 2022, in the Dallas Division of the Northern District of Texas, the defendant, **Michael Daniel Jenkins Jr.**, not being a licensed manufacturer and dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, did willfully engage in the business of manufacturing and dealing in firearms.

In violation of 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D).

Indictment—Page 1

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Michael Daniel Jenkins Jr.**, shall forfeit to the United States of America any firearm and ammunition involved or used in the offense, including the firearm(s) referenced below.

This property includes, but is not limited to, the following:

1.    an Anderson Manufacturing, Model AM-15, multi-caliber pistol, bearing serial number 21307318;

2.    an Anderson Manufacturing, Model AM-15, 5.56x45mm caliber pistol, bearing serial number 21322138;

3.    an Anderson Manufacturing, Model AM-15, multi-caliber pistol, bearing serial number 21275294;

4.    an Anderson Manufacturing, Model AM-15, 5.56x45mm caliber pistol, bearing serial number 22104920;

5.    an AKKAR, Model 612, 12-gauge shotgun, bearing serial number 21114768;

6.    a Glock, Model 19, 9mm caliber pistol, bearing serial number BPEB177;

7.    an SCT Manufacturing, Model SCT19, 9mm pistol frame, bearing serial number AAA0002274;

8.    an SCT Manufacturing, Model SCT 19, 9mm pistol frame, bearing serial number AAA0002275; and

9.    any ammunition recovered with the above-referenced firearms.

Indictment—Page 2

A TRUE BILL:

_____
FOREPERSON


LEIGHA SIMONTON
UNITED STATES ATTORNEY

00796455 TX

_____
JOSEPH T. LO GALBO
Assistant United States Attorney
New Jersey State Bar No. 072452014
1100 Commerce Street, Suite 300
Dallas, Texas 75242-1699
Telephone:  214-659-8776
Facsimile:  214-659-8800
Email: Joseph.Lo.Galbo@usdoj.gov

**Indictment—Page 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

MICHAEL DANIEL JENKINS JR.

SEALED INDICTMENT

18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D)
Engaging in the Business of Manufacturing and Dealing in Firearms without a License.
(Count 1)

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

1 Count

A true bill rendered

DALLAS _____ FOREPERSON

Filed in open court this __5th__ day of March, 2024.

**Warrant to be Issued**

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending